UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS SUBSCRIBING TO GULF COAST MARINE, LLC POLICIES GCM 14549, GCM 16549, GCM 23096, GCM 17549 AND GCM 23437 | * NO. 6:20-CV-00795 <br> * <br> * <br> * <br> * JUDGE MICHAEL J. JUNEAU <br> * |
| VERSUS | * <br> * MAG. CAROL B. WHITEHURST |
| MONCLA MARINE, LLC, MONCLA COMPANIES, LLC, AND MONCLA MARINE OPERATIONS, LLC | * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Request Oral Argument and Request Consolidation of Responses to Motions to Dismiss by Plaintiff, Certain Underwriters Subscribing to Gulf Coast Marine, LLC Policies GCM 14549, GCM 16549, GCM 23096, GCM 17549 and GCM 23437,

IT IS HEREBY ORDERED that oral argument will be held on the 21st day of October, 2020, at 10:00 a.m. by Zoom. Instructions will be emailed to each participant.

_____
UNITED STATES MAGISTRATE JUDGE